Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRANCE LAMAR KIMBROUGH,
    Plaintiff,

vs.                                                  Case No: 3:05cv252/RV/EMT

RON MCNESBY, et al.,
    Defendants.
_____/

## ORDER

The following Notice to the Parties was inadvertently omitted from the Report and Recommendation filed by this court on September 7, 2006 (Doc. 11).

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**

Accordingly, it is **ORDERED**:

1.    The parties shall have **TEN (10) DAYS** from the docketing of this order to file objections to the Report and Recommendation filed on September 7, 2006.

**DONE AND ORDERED** this 8th day of September 2006.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**